# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 11 |
| WILLIAM TIMOTHY MCNEELEY and ) | |
| PATRICIA ANN MCNEELEY ) | |
| ) | Case No. 14-08490 |
| Debtors. ) | |
| ) | |
| ) | |
| ) | |
| ) | Honorable Judge Jack B. Schmetterer |

FEDERAL RULE OF BANKRUPTCY PROCEDURE RULE 1019(5)(C)

DATED JANUARY 13, 2015

_____

**NOW COMES** WILLIAM TIMOTHY MCNEELY and PATRICIA ANN MCNEELY ("Debtors"), by and through their attorneys, Sulaiman Law Group, LTD, and states the following pursuant to Federal Rule of Bankruptcy Procedure 1019(5)(C):

(i) a schedule of property not listed in the final report and account acquired after the filing of the petition but before conversion, except if the case is converted from chapter 13 to chapter 7 and §348(f)(2) does not apply:  None

(ii) a schedule of unpaid debts not listed in the final report and account incurred after confirmation but before the conversion:  None

(iii) a schedule of executory contracts and unexpired leases entered into or assumed after the filing of the petition but before conversion:

Carolyn Bates 1745 Walnut Waukegan IL 60085 $800.00 per month.

Kurt Epperson 1739 Walnut Waukegan IL $630.00 per month.

Kiarra Benton 1739 Walnut Waukegan IL $630.00 per month

Kim Richardson 804 Martin Luther King Drive Waukegan IL $875.00

Burdell Vaughn 806 Martin Luther King Drive Waukegan IL $900.00

Tasha Johnson 910 Martin Luther King Drive Waukegan IL $ 800.00

Tanisha Smith 910 Martin Luther King Drive Waukegan IL $ 695.00

Terinika Winbush 1041 Glenn Drive North Chicago IL 60064 $ 585.00

Adaliz Rivera  1041 Glenn Drive North Chicago IL 60064 $695.00

Albert Blair  1041 Glenn Drive North Chicago IL 60064 $ 585.00

Sonia Cedja  1041 Glenn Drive North Chicago IL 60064 $ 585.00

Dated: September 14, 2015                    Respectfully Submitted,

/s/ Paul M. Bach
Paul M. Bach, Esq. #6209530
Of Counsel, Sulaiman Law Group, LTD
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181
Fax: (630)575-8188